# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BAMBI DEE BOGARDE,**<br>        Plaintiff, | **CIVIL ACTION** |
| v. | |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security,<br>        Defendant. | NO.  21-5589 |

## O R D E R

**AND NOW**, this 8th day of January, 2024, upon consideration of Plaintiff's Request for Review (ECF 12), the Report and Recommendation of United States Magistrate Judge Pamela Carlos dated December 8, 2023, there being no objection filed despite the passage of time for doing so, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Pamela Carlos dated December 8, 2023, is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review is **DENIED**.

3. The final order of the Commissioner of Social Security is **AFFIRMED**.

4. The Clerk of Court shall **MARK THIS CASE CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
        **HODGE, KELLEY B., J.**